IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEW CENTURY BANK d/b/a CUSTOMERS BANK | : | CIVIL ACTION |
| v. | : | |
| OPEN SOLUTIONS, INC. | : | NO. 10-6537 |

ORDER

AND NOW, this 25th day of January, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff New Century Bank d/b/a Customers Bank to dismiss Counts I and II of the counterclaim of defendant Open Solutions, Inc. is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
C.J.