IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NEW CENTURY BANK d/b/a
    CUSTOMERS BANK       :      CIVIL ACTION
                                        :
        v.                      :
                                        :
OPEN SOLUTIONS, INC.         :      NO. 10-6537

ORDER

AND NOW, this 16th day of February, 2011, for the reasons set forth in the accompanying memorandum and following a telephone conference with counsel, it is hereby ORDERED that:

1. the motion of plaintiff New Century Bank d/b/a Customers Bank for leave to file an amended complaint is DENIED without prejudice; and

2. the motion of defendant Open Solutions, Inc. for a pretrial telephone conference is DENIED as moot.

                                        BY THE COURT:

                                        /s/ Harvey Bartle III
                                        HARVEY BARTLE III       C.J.