IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEW CENTURY BANK d/b/a CUSTOMERS BANK | : : : | CIVIL ACTION |
| v. | : : | |
| OPEN SOLUTIONS, INC. | : | NO. 10-6537 |

ORDER

AND NOW, this 7th day of March, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff New Century Bank d/b/a Customers Bank for reconsideration of this court's Memorandum and Order dated January 25, 2011 is DENIED.

                                                          BY THE COURT:

                                              /s/ Harvey Bartle III
                                                              C.J.