# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEW CENTURY BANK d/b/a | : | |
| CUSTOMERS BANK | : | CIVIL ACTION |
| v. | : | |
| | : | No. 10-6537 |
| OPEN SOLUTIONS, INC. | : | |
| | : | |

## SUPERSEDEAS BOND

**KNOW ALL MEN BY THESE PRESENTS**, that we **NEWCENTURY BANK d/b/a CUSTOMERS BANK**, as Principal, and **FIDELITY AND DEPOSIT COMPANY OF MARYLAND**, as surety are held and firmly bound unto **OPEN SOLUTIONS, INC.**, in the full and just sum of
  One Hundred Ten Thousand and ------------no/100 ($110,000.) Dollars,
to be paid to the said Obligee, their certain attorney, successors, executors, administrators, or assigns; to which payment to be well and truly made we bind ourselves, our heirs, executors, administrators, successors, and assigns, jointly and severally, by these presents.
  Sealed with our seals and dated this 18th day of March, A.D. 2011.
  WHEREAS, ON March 7, 2011 a Judgment was rendered in favor of the above named obligee, and the said Principal has appealed from said judgment to the United States Court of Appeals for the Third Circuit; and
  WHEREAS, the said Principal desires a stay of all proceedings in the above entitled cause until the determination of said appeal;
  NOW, THEREFORE, the condition of this obligation is such that if the said **NEWCENTURY BANK d/b/a CUSTOMERS BANK.**, as appellant, shall prosecute it's appeal with effect and shall satisfy the said Judgment in full together with costs, interest and damages for delay if said appeal is dismissed or if the Judgment is affirmed, and shall satisfy in full such modification of the Judgment and costs, interest, and damages as may be adjudged and awarded by the Appellate Court, then this obligation to be void; otherwise to remain in full force and effect.

Fidelity and Deposit Company of Maryland

_____
Sandra R. DiGiulio, Attorney-in-fact

ORDER
The foregoing bond is hereby approved and is to stand as a supersedeas until the final determination of the appeal.

_____
                            Judge

Date:_____

# Power of Attorney
## FIDELITY AND DEPOSIT COMPANY OF MARYLAND

KNOW ALL MEN BY THESE PRESENTS: That the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a corporation of the State of Maryland, by THEODORE G. MARTINEZ, Vice President, and ERIC D. BARNES, Assistant Secretary, in pursuance of authority granted by Article VI, Section 2, of the By-Laws of said Company, which are set forth on the reverse side hereof and are hereby certified to be in full force and effect on the date hereof, does hereby nominate, constitute and appoint **Portia V. SHOWELL and Sandra R. DIGIULIO, both of Philadelphia, Pennsylvania, EACH** its true and lawful agent and Attorney-in-Fact, to make, execute, seal and deliver, for, and on its behalf as surety, and as its act and deed: **any and all bonds and undertakings,** and the execution of such bonds or undertakings in pursuance of these presents, shall be as binding upon said Company, as fully and amply, to all intents and purposes, as if they had been duly executed and acknowledged by the regularly elected officers of the Company at its office in Baltimore, Md., in their own proper persons. This power of attorney revokes that issued on behalf of Portia V. SHOWELL, Sandra R. DIGIULIO, dated November 4, 1999.

The said Assistant Secretary does hereby certify that the extract set forth on the reverse side hereof is a true copy of Article VI, Section 2, of the By-Laws of said Company, and is now in force.

IN WITNESS WHEREOF, the said Vice-President and Assistant Secretary have hereunto subscribed their names and affixed the Corporate Seal of the said FIDELITY AND DEPOSIT COMPANY OF MARYLAND, this 24th day of July, A.D. 2008.

ATTEST:                                                                      **FIDELITY AND DEPOSIT COMPANY OF MARYLAND**



By: *Eric D. Barnes*, Assistant Secretary        *Theodore G. Martinez*

State of Maryland  } ss:
City of Baltimore  }

On this 24th day of July, A.D. 2008, before the subscriber, a Notary Public of the State of Maryland, duly commissioned and qualified, came THEODORE G. MARTINEZ, Vice President, and ERIC D. BARNES, Assistant Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, to me personally known to be the individuals and officers described in and who executed the preceding instrument, and they each acknowledged the execution of the same, and being by me duly sworn, severally and each for himself deposeth and saith, that they are the said officers of the Company aforesaid, and that the seal affixed to the preceding instrument is the Corporate Seal of said Company, and that the said Corporate Seal and their signatures as such officers were duly affixed and subscribed to the said instrument by the authority and direction of the said Corporation.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year first above written.

*Constance A. Dunn*        Notary Public
My Commission Expires: July 14, 2011

POA-F 156-0520

## EXTRACT FROM BY-LAWS OF FIDELITY AND DEPOSIT COMPANY OF MARYLAND

"Article VI, Section 2. The Chairman of the Board, or the President, or any Executive Vice-President, or any of the Senior Vice-Presidents or Vice-Presidents specially authorized so to do by the Board of Directors or by the Executive Committee, shall have power, by and with the concurrence of the Secretary or any one of the Assistant Secretaries, to appoint Resident Vice-Presidents, Assistant Vice-Presidents and Attorneys-in-Fact as the business of the Company may require, or to authorize any person or persons to execute on behalf of the Company any bonds, undertaking, recognizances, stipulations, policies, contracts, agreements, deeds, and releases and assignments of judgements, decrees, mortgages and instruments in the nature of mortgages,...and to affix the seal of the Company thereto."

## CERTIFICATE

I, the undersigned, Assistant Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, do hereby certify that the foregoing Power of Attorney is still in full force and effect on the date of this certificate; and I do further certify that the Vice-President who executed the said Power of Attorney was one of the additional Vice-Presidents specially authorized by the Board of Directors to appoint any Attorney-in-Fact as provided in Article VI, Section 2, of the By-Laws of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND.

This Power of Attorney and Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND at a meeting duly called and held on the 10th day of May, 1990.

RESOLVED: "That the facsimile or mechanically reproduced seal of the company and facsimile or mechanically reproduced signature of any Vice-President, Secretary, or Assistant Secretary of the Company, whether made heretofore or hereafter, wherever appearing upon a certified copy of any power of attorney issued by the Company, shall be valid and binding upon the Company with the same force and effect as though manually affixed."

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seal of the said Company,

this ___18th___ day of ___March___, 2011___.

*Assistant Secretary*