# EXHIBIT B

## Katz, Dana

| | |
|---|---|
| **From:** | Vernick, Scott |
| **Sent:** | Thursday, March 24, 2011 11:50 AM |
| **To:** | 'Nicholas Deenis (ndeenis@stradley.com)' |
| **Cc:** | Katz, Dana; Shaffer, Ronald |
| **Subject:** | Customers Bank v. Open Solutions |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |
| **Contacts:** | Nicholas Deenis |

Nic - Thank you for returning my call this morning. I write to confirm that Customers Bank will not be responding in writing to my letter dated March 15, 2011. Regards. SLV.

Scott L. Vernick, Esquire
Attorney at Law
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Tel. 215.299.2860
Fax. 215.299.2150
svernick@foxrothschild.com
www.foxrothschild.com