# EXHIBIT C

```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NEW CENTURY BANK d/b/a          *
CUSTOMERS BANK,                 *
                                *
     Plaintiff,                 *
                                *
v.                              * CIVIL ACTION NO.
                                * 10-cv-06537-HB
OPEN SOLUTIONS, INC.,           *
                                *
     Defendant.                 *
*************************************************************
                      ORAL DEPOSITION OF
                       ROBERT C. SCHOPPE
                       FEBRUARY 17, 2011
                          VOLUME 1
*************************************************************




          ANSWERS AND DEPOSITION OF ROBERT C. SCHOPPE,
produced as a witness at the instance of the Plaintiff,
and duly sworn, was taken in the above-styled and
-numbered cause on the 17th day of February 2011,
beginning at 9:33 a.m., before D. Beth Randolph, a
Certified Shorthand Reporter in and for the State of
Texas, at the offices of Esquire Deposition Solutions,
located at 1700 Pacific Avenue, Suite 4750, Dallas, Texas,
in accordance with the Federal Rules of Civil Procedure
and the agreement hereinafter set forth.
```



Toll Free: 800.852.9737
Facsimile: 214.954.4111

Suite 4750
1700 Pacific Avenue
Dallas, TX 75201
www.esquiresolutions.com

```
 1                    A P P E A R A N C E S
 2        FOR THE PLAINTIFF:
 3        MR. NICHOLAS DEENIS (VIDEO TELECONFERENCE)
          Stradley, Ronon, Stevens & Young, L.L.P.
 4        2600 One Commerce Square
          Philadelphia, Pennsylvania  19103
 5        (215) 564-8000
          (215) 564-8120 (Fax)
 6
          FOR THE DEFENDANT:
 7
          MR. RONALD J. SHAFFER (VIDEO TELECONFERENCE)
 8        Fox Rothschild, L.L.P.
          2000 Market Street, 20th Floor
 9        Philadelphia, Pennsylvania  19103
          (215) 299-2196
10
          FOR THE WITNESS:
11
          MR. AARON MOORE
12        Federal Deposit Insurance Corporation
          1601 Bryan Street
13        Dallas, Texas  75201
          (972) 761-2464
14        (972) 761-8292 (Fax)
15
          WITNESS ADDRESS:
16        Federal Deposit Insurance Corporation
          1601 Bryan Street
17        Dallas, Texas  75201
18
19
20
21
22
23
24
25
```



Toll Free: 800.852.9737
Facsimile: 214.954.4111

Suite 4750
1700 Pacific Avenue
Dallas, TX 75201
www.esquiresolutions.com

```
 1                         INDEX
 2      Appearances..................................Page   2
 3      Exhibit Index................................Page   4
 4      Examination by Mr. Deenis....................Page   7
 5      Examination by Mr. Shaffer...................Page  24
 6      Further Examination by Mr. Deenis............Page  79
 7      Further Examination by Mr. Shaffer...........Page  82
 8      Signature and Corrections....................Page  84
 9      Reporter's Certificate.......................Page  85
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Toll Free: 800.852.9737
Facsimile: 214.954.4111

Suite 4750
1700 Pacific Avenue
Dallas, TX 75201
www.esquiresolutions.com

```
 1    we talked to them about options they could do as we would
 2    talk to about any -- with any assuming bank.
 3         Q.   Now, you just used and I believe earlier in your
 4    testimony used a few references to deconversion.
 5         A.   Sure.
 6         Q.   Can you tell me what your understanding of
 7    deconversion is?
 8         A.   The data -- the electronic data of the failed
 9    bank whether it's the loans or the deposit is on a data
10    processing system.  In this case it's OSI system.  An
11    assuming bank will deconvert off of in this case OSI's
12    system onto their own system.
13         Q.   Then does the acquiring bank after it receives
14    the deconverted data have to do additional work to then
15    have it in effect uploaded on to the second system?
16                   MR. DEENIS:  Objection.  Form.
17         A.   Well, they simply have to map the data from the
18    previous system to their system in order for that
19    information to flow to their new system.  I think your
20    question was is there other work after the deconversion.
21    There probably could be some cleanup work.  That would be
22    on their system, not on OSI's system in this case.
23         Q.   (BY MR. SHAFFER) Now, what were the various
24    options that were discussed between the FDIC and customers
25    Bank regarding the Open Solutions agreements?
```



Toll Free: 800.852.9737
Facsimile: 214.954.4111

Suite 4750
1700 Pacific Avenue
Dallas, TX 75201
www.esquiresolutions.com

```
 1      A.   As I recall, there was a lot of discussion on the
 2   contractually required payment portion of the
 3   deconversion, and we told them that the contract was in
 4   the name of the receiver and so that if any -- if there
 5   were any contractually required payments, it would have to
 6   come from the receiver, not from them.
 7                We told them that the options were to --
 8   if they couldn't negotiate a reasonable deconversion price
 9   with OSI, they really only had two options.  One was a
10   manual deconversion or the other option is to take their
11   chances in court.
12      Q.   So did you discuss with -- strike that.  One of
13   the options that was discussed with Customers Bank in
14   those October conference calls was the potential for
15   manual deconversion of the data from the USA Bank system;
16   is that correct?
17      A.   It was briefly discussed but it was impractical
18   to do but it was discussed, yes, sir.
19      Q.   Well, you were aware of the fact, were you not,
20   that other banks have manually deconverted?
21      A.   I am aware that some other banks have done that,
22   but customer service did not feel that was a viable
23   option.
24      Q.   So would it be fair to say that the options that
25   were discussed was to pay the agreed amount for
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.852.9737
Facsimile: 214.954.4111

Suite 4750
1700 Pacific Avenue
Dallas, TX 75201
www.esquiresolutions.com