UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEW CENTURY BANK d/b/a CUSTOMERS BANK<br><br>Plaintiff,<br><br>v.<br><br>OPEN SOLUTIONS INC.<br><br>Defendant. | Civil Action No. 2:10-cv-06537-HB |

**DECLARATION OF RICHARD D. LANG IN OPPOSITION TO CUSTOMERS BANK'S MOTION TO AMEND OR ALTER JUDGMENT AND/OR STAY EXECUTION**

Pursuant to 28 U.S.C. § 1746, I, Richard D. Lang, hereby declare, based on personal knowledge, the following:

1. I am the Senior Vice President & Chief Compliance Officer of Open Solutions Inc. ("**Open Solutions**").

2. Under the Data Processing Services Agreement between Open Solutions and USA Bank, effective December 31, 2008 (the "**2008 Agreement**"), at a minimum New Century Bank d/b/a Customers Bank is contractually obligated to pay Open Solutions approximately $1.8 million.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Richard D. Lang
Senior Vice President & Chief Compliance Officer

Dated: March 30, 2011