UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NEW CENTURY BANK d/b/a CUSTOMERS BANK** : : : : Plaintiff, : : v. : : **OPEN SOLUTIONS INC.** : : Defendant. : : | Civil Action No. 2:10-cv-06537-HB |

## ORDER

AND NOW, this _____ day of _____, 2011, upon consideration of the motion of New Century Bank d/b/a Customers Bank ("**Customers Bank**") to amend findings of fact and conclusions of law and to alter or amend judgment pursuant to Federal Rules of Civil Procedure 52(b), 59(a)(2), and 59(e), and to stay enforcement of the judgment pursuant to Federal Rule of Civil Procedure 62, and any response thereto, it is hereby:

ORDERED and DECREED as follows:

(1)   The motion is DENIED; and

(2)   The Judgment entered on March 7, 2011 in favor of Open Solutions Inc. is not stayed.

_____
The Honorable Harvey Bartle, III
United States District Court Chief Judge