IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NEW CENTURY BANK d/b/a : CIVIL ACTION
CUSTOMERS BANK :
:
v. :
:
OPEN SOLUTIONS, INC. : NO. 10-6537

ORDER

AND NOW, this 2nd day of May, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of the Federal Deposit Insurance Corporation to intervene (Doc. #60) as a defendant to the counterclaim of Open Solutions, Inc. is GRANTED;

(2) the motion of the Federal Deposit Insurance Corporation to dismiss the counterclaim for lack of subject-matter jurisdiction and to alter or amend the judgment (Doc. #61) is deemed filed;

(3) plaintiff New Century Bank d/b/a Customers Bank and defendant Open Solutions, Inc. shall file and serve, on or before May 17, 2011, any opposing brief to the motion of the Federal Deposit Insurance Corporation to dismiss the counterclaim for lack of subject-matter jurisdiction and to alter or amend the judgment; and

(4) the Federal Deposit Insurance Corporation shall file and serve, on or before May 27, 2011, any reply brief.

BY THE COURT:

/s/ Harvey Bartle III
C.J.