APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : |  |
|  | : | NO. |

ORDER

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of __Judith S. Roth__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                                            J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __10-6537__

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Judith S. Roth__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __424494__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| New York | 4/24/1978 | |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court of Appeals for 2d Cir. | 4/30/1993 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| S.D.N.Y. | 5/16/1978 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| E.D.N.Y. | 5/16/1978 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for  Federal Deposit Insurance Corporation

_(signature)_
(Applicant's Signature)

June 6, 2011
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Schiff Hardin LLP
666 Fifth Avenue, 17th Floor
New York, NY 10103
212 753-5000

Sworn and subscribed before me this

6th Day of June, 2011

_(signature)_
Notary Public

FRANCES M. PEPE
NOTARY PUBLIC, State of New York
No. 01PE4915564
Qualified in Queens County
Commission Expires Jan. 11, 2014

10/04

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Judith S. Roth__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Thomas M. Clark | *Thomas M. Clark* | November 30, 1983 | 31170 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Federal Deposit Insurance Corporation

350 Fifth Avenue, Suite 1200

New York, New York   10118-0110   TEL. (917) 320-2855

Sworn and subscribed before me this

10th Day of June, 2011

*Lorraine S. Fields*
Notary Public

    LORRAINE S. FIELDS
Notary Public, State of New York
No. 02FI4864248
Qualified in Nassau County
Commission Expires June 9, 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NEW CENTURY BANK d/b/a
CUSTOMERS BANK,                                 :     CIVIL ACTION
    Plaintiff/Counter-defendant,        :
                v.                        :
                                         :
OPEN SOLUTIONS, INC.,                           :     NO.  10-cv-06537-HB
    Defendant/Counter-plaintiff.

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Judith S. Roth

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:
Michael E. Kunz, Clerk of Court
United States District Court for the Eastern District of Pennsylvania

U.S. Courthouse, 601 Market Street, Room 2609, Philadelphia, PA 19106-1797

ATTN: Attorney Admissions Application

_[signature]_
Signature of Attorney

Thomas M. Clark
Name of Attorney

FDIC as Receiver for
USA Bank
Name of Moving Party

June 10, 2011
Date