APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEW CENTURY BANK d/b/a CUSTOMERS BANK, | : | CIVIL ACTION |
| Plaintiff/Counter-defendant, | : | |
| v. | : | |
| OPEN SOLUTIONS, INC., | : | |
| Defendant/Counter-plaintiff. | : | NO. 10-cv-06537-HB |

ORDER

AND NOW, this _____ Day of _____, 20__, it is hereby

ORDERED that the application of <u>Antony S. Burt</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 10-cv-06537-HB

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Antony S. Burt__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __422128__, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| Illinois | 11/01/1982 | 6183449 |
| Colorado | 03/14/1990 | 019234 |
| New York | 10/29/2003 | 4171070 |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| See attached | | |
| | | |
| | | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

*I am entering my appearance for* THE FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for USA Bank

_____
(Applicant's Signature)

4/1/2011
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Schiff Hardin, LLP
233 South Wacker Drive, Suite 6600
Chicago, IL  60606

Sworn and subscribed before me this

1st Day of April, 2011

_____
Notary Public

OFFICIAL SEAL
NANCY L. TURNEY
Notary Public - State of Illinois
My Commission Expires Nov 27, 2014

10/04

Antony S. Burt has been admitted and is a member in good standing of the following:

U.S. Court of Appeals - District of Columbia – 11/20/1985
U.S. Court of Appeals - Sixth Circuit – 4/15/1988
U.S. Court of Appeals - Seventh Circuit – 1/23/1987
U.S. Court of Appeals - Ninth Circuit – 9/29/1986
U.S. Court of Appeals - Tenth Circuit – 4/14/1999
U.S. District Court for Northern District of Illinois – 5/12/1983
U.S. District Court for Northern District of Indiana – 4/10/2009

CH2\9811330.1

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Antony S. Burt____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Thomas M. Clark | *Thomas M. Clark* | November 30, 1983 | 31170 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Federal Deposit Insurance Corporation

350 Fifth Avenue, Suite 1200

New York, New York 10118-0110   TEL: (917) 320-2855

Sworn and subscribed before me this

10th Day of JUNE, 2011

*Lorraine S. Fields*
Notary Public

LORRAINE S. FIELDS
Notary Public, State of New York
No. 02FI4864248
Qualified in Nassau County
Commission Expires June 9, 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEW CENTURY BANK d/b/a CUSTOMERS BANK,  Plaintiff/Counter-defendant, v. | : : : : | CIVIL ACTION |
| OPEN SOLUTIONS, INC.,  Defendant/Counter-plaintiff. | : : | NO. 10-cv-06537-HB |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___Antony S. Burt___

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

Michael E. Kunz, Clerk of Court, United States District Court for the Eastern District of Pennsylvania

U.S. Courthouse, 601 Market Street, Room 2609, Philadelphia, PA 19106-1797

ATTN: Attorney Admissions Application

_Thomas M. Clark_
Signature of Attorney

Thomas M. Clark
Name of Attorney

FDIC as Receiver for USA Bank
Name of Moving Party

June 10, 2011
Date