APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEW CENTURY BANK d/b/a CUSTOMERS BANK, | : | CIVIL ACTION |
| Plaintiff/Counter-defendant, | : | |
| v. | : | |
| OPEN SOLUTIONS, INC., | : | NO. 10-cv-06537-HB |
| Defendant/Counter-plaintiff. | : | |

ORDER

AND NOW, this          Day of                    , 20   , it is hereby

ORDERED that the application of _David C. Giles_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                                                                     J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 10-cv-06537-HB

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __David C. Giles__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __422129__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| Illinois | 11/08/2001 | 6257923 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| See attached | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for   THE FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for USA Bank

_(Applicant's Signature)_

6/8/11
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Schiff Hardin, LLP

233 South Wacker Drive, Suite 6600

Chicago, IL  60606

Sworn and subscribed before me this

8th Day of June, 2011

Notary Public

OFFICIAL SEAL
LINDA A. KELLY
Notary Public - State of Illinois
My Commission Expires Apr 28, 2014

10/04

David C. Giles has been admitted and is a member in good standing of the following:

    United States District Court for the Northern District of Illinois – 7/8/04
    United States District Court for the Eastern District of Wisconsin – 10/3/06
    United States District Court for the Northern District of Indiana – 2/5/07
    United States Court of Appeals for the Seventh Circuit – 2/27/02

CH2\9802063.1

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___David C. Giles___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Thomas M. Clark | *Thomas M. Clark* | November 30, 1983 | 31170 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Federal Deposit Insurance Corporation

350 Fifth Avenue, Suite 1200

New York, New York 10118-0110    TEL. (917) 320-2855

Sworn and subscribed before me this

10th Day of June, 2011

*Lorraine S. Fields*
Notary Public

LORRAINE S. FIELDS
Notary Public, State of New York
No. 02FI4864248
Qualified in Nassau County
Commission Expires June 9, 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEW CENTURY BANK d/b/a CUSTOMERS BANK, <br> Plaintiff/Counter-defendant, <br> v. <br> OPEN SOLUTIONS, INC., <br> Defendant/Counter-plaintiff. | : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br><br><br><br> NO.   10-cv-06537-HB |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  David C. Giles

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Michael E. Kunz, Clerk of Court, United States District Court for the Eastern District of Pennsylvania

U.S. Courthouse, 601 Market Street, Room 2609, Philadelphia, PA 19106-1797

ATTN: Attorney Admissions Application

_Thomas M. Clark_
Signature of Attorney

Thomas M. Clark
Name of Attorney

FDIC as Receiver for USA Bank
Name of Moving Party

June 10, 2011
Date