## CERTIFICATE OF SERVICE

I certify that I filed the foregoing document on June 14, 2011, using the ECF System, will send notification to all parties of record.

/s/ Thomas M. Clark
Thomas M. Clark

NY\50991369.1