# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NEW CENTURY BANK d/b/a CUSTOMERS BANK** | : : : : |
| Plaintiff, | : : Civil Action No. 2:10-cv-06537-HB |
| v. | : : |
| **OPEN SOLUTIONS INC.** | : : |
| Defendant. | : : |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

Kindly withdraw the appearance of Dana S. Katz on behalf on behalf of defendant and counterclaim plaintiff, Open Solutions Inc., in the above-captioned proceedings. Ronald J. Shaffer, Esquire, Scott L. Vernick, Esquire, and Eric E. Reed, Esquire will continue to represent defendant and counterclaim plaintiff, Open Solutions Inc., in these proceedings.

*/s/ Dana S. Katz*
Ronald J. Shaffer, Esquire
Scott L. Vernick, Esquire
Eric E. Reed, Esquire
2000 Market Street, Twentieth Floor
Philadelphia, Pennsylvania 19103
(215) 299-2000
(215) 299-2150 (facsimile)
rshaffer@foxrothschild.com
svernick@foxrothschild.com
ereed@foxrothschild.com

*Attorneys for Defendant and Counterclaim Plaintiff Open Solutions Inc.*

Dated: June 23, 2011

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing withdrawal of appearance was served by electronic mail on counsel for the Federal Deposit Insurance Corporation, David Jacoby, Esq. (djacoby@schiffhardin.com) and Judith S. Roth, Esq. (jroth@schiffhardin.com), and was filed electronically and is available for viewing and downloading from the Court's ECF system and that the counsel of record listed below are ECF users and will be served via the Court's ECF system in accordance with Local Civil Rule 5.1.2.

Nicholas Deenis, Esquire
Andrew K. Stutzman, Esquire
William T. Mandia, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103
(215) 564-8000 phone
(215) 564-8120 facsimile
ndeenis@stradley.com
astutzman@stradley.com
wmandia@stradley.com

*Attorneys for Plaintiff and Counterclaim Defendant, New Century Bank d/b/a Customers Bank*

Thomas M. Clark, Esquire
Federal Deposit Insurance Corporation
Legal Division, New York Legal Services Office
350 Fifth Avenue, Suite 1200
New York, NY 10118
(917) 320-2855 phone
(917) 320-2917 facsimile
thclark@fdic.gov

*Attorneys for proposed intervenor, Federal Deposit Insurance Corporation*

/s/ *Dana S. Katz*
Dana S. Katz

Dated: June 23, 2011