```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NEW CENTURY BANK d/b/a         :        CIVIL ACTION
CUSTOMERS BANK                 :
                               :
        v.                     :
                               :
OPEN SOLUTIONS, INC.           :        NO. 10-6537
```

ORDER

AND NOW, this 8th day of August, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of the Federal Deposit Insurance Corporation to dismiss the counterclaim of defendant Open Solutions, Inc. for lack of subject matter jurisdiction and to alter or amend the judgment (Doc. #61) is GRANTED;

(2)  paragraphs 4 and 5 of the Judgment entered by the court on March 7, 2011 are VACATED; and

(3)  the motion of plaintiff New Century Bank d/b/a Customers Bank to amend findings of fact and conclusions of law and to alter or amend judgment is DENIED as moot now that the court has vacated that portion of its Judgment addressed in the motion.

                                        BY THE COURT:


                                        /s/ Harvey Bartle III
                                                              J.