IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NEW CENTURY BANK

vs.

10-6537
District Court Docket Number

OPEN SOLUTIONS INC.

Notice of Appeal Filed 9/2/11
Court Reporter(s)/ESR Operator(s)    ESR

Filing Fee:
   Notice of Appeal __Paid _X_ Not Paid __Seaman
   Docket Fee      __Paid _X_ Not Paid __USA/VI

**FILED**
**SEP 08 2011**
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

Defendant's Address (for criminal appeals)

Prepared by _____
Joseph Lavin
Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm